# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

LAVERN CURTIS WOOD-HILL,     )
                             )
    Plaintiff,           )
                             )
v.                           )
                             )    No. 3:13-cv-00866
ADMIRALS BANCORP, INC.,      )    Chief Judge Haynes
                             )
    Defendant.           )

## O R D E R

The Initial Case Management Conference previously set in this matter for Friday, October

25, 2013 at 2:00 p.m. is reset for **Monday, October 28, 2013 at 2:00 PM**.

It is so **ORDERED**.

**ENTERED** this the _26_ day of September, 2013.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court