IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| LAVERN CURTIS WOOD-HILL, | ) | |
| | ) | **JURY DEMAND** |
| Plaintiff, | ) | |
| v. | ) | Case No. 3:13-cv-0866 |
| | ) | |
| ADMIRALS BANCORP, INC., | ) | Judge Haynes |
| | ) | |
| Defendant. | ) | |
| | ) | |

*ORDER*
*Termination*
*is GRANTED*
*X dell*
*~~~*
*10-25-13*

## MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE

Plaintiff, Lavern Curtis Wood-Hill, by and through her undersigned counsel, moves the
Court for an Order continuing the Initial Case Management Conference for a period of thirty (30)
days. In support of this motion, the Plaintiff states as follows:

1.      Defendant Admiral Bancorp., Inc. ("Defendant") was served with the Complaint,
Summons, and the Notice of Setting of Initial Case Management Conference in this matter
between September 20, 2013 and September 29, 2013. See Proof of Service [Docket Entry 6]
from the Tennessee Secretary of State – also attached hereto as Exhibit 1.

2.      Defendant has not entered a Notice of Appearance, has failed to contact Plaintiff's
counsel in any manner since being served, and has failed to respond to the Complaint in
accordance with Rule 12 of the Federal Rules of Civil Procedure.

3.      As a result of the forgoing, Plaintiff has filed a Motion for Entry of Default
[Docket Entry 7] against Defendant.