IN THE UNTIED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| LAVERN CURTIS WOOD-HILL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 3:13-cv-0866 |
| v. ) | Chief Judge Haynes |
| ) | |
| ADMIRALS BANCORP, INC. ) | |
| ) | |
| Defendant. ) | |

## ORDER

Before the Court is Plaintiff's notice of voluntary dismissal with prejudice of all claims pending in this action. (Docket Entry No. 20). Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff's claims are **DISMISSED with prejudice**. Each party shall bear its own costs, attorney's fees, and expenses.

It is so **ORDERED**.

ENTERED this the 11th day of March, 2014.

WILLIAM J. HAYNES, JR.
Chief United States District Judge